**Alvon Allen THOMAS, Plaintiff—Appellant,**

v.

**Kevin D. MARTIN, Defendant—Appellee.**

No. 07–6424.

United States Court of Appeals, Fourth Circuit.

Submitted: June 21, 2007.

Decided: June 29, 2007.

Alvon Allen Thomas, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alvon Allen Thomas appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Thomas v. Martin*, No. 1:06–cv–00847–WWD (M.D.N.C. filed Mar. 14, 2007; entered Mar. 15, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*